*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

PACTS No:   7724793

**Passport Receipt**

| FILED |
| CLERK, U.S. DISTRICT COURT |
| 9/30/2021 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: JB    DEPUTY |

Defendant Name:              Brown, Anthony Mark

Name on passport, if different:   N/A

Country of Origin:            United States of America

Date passport issued:         10/21/2016

Expiration date of passport:  10/20/2026

Ordered by court in the Central District of California or

Docket Number:               0973 2:21CR00447-1

_(signature)_
Surrendered By

September 30, 2021
Date

_(signature)_ GABRIEL BARRERA
Received By

September 30, 2021
Date

Returned To

Date

Returned By

Date

Purpose Returned

Address (if mailed)

**Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012-3332 / 213-894-4726 phone,
213-894-0231 fax**